RECEIVED
US MARSHALS SERVICE

# UNITED STATES DISTRICT COURT 22 PM 3:47

for the

Western District of North Carolina

WESTERN NORTH CAROLINA

United States of America

v.

Simone Cherelle McIllwain

)
)
)
)
)
)

Case No. 3:20-cr- 364 - FDW

FILED
CHARLOTTE, NC

OCT 30 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Simone Cherelle McIllwain
,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

violation of 18 U. S. C 1591 (a)(1),(b)(1), and (c)

Date:   10/20/20

City and state:   Charlotte, NC

*Frank G. Johns*
*Issuing officer's signature*

**FRANK G. JOHNS, CLERK OF COURT**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/22/2020 , and the person was arrested on *(date)* 10/27/2020 at *(city and state)* Charlotte, NC . |

Date: 10/27/2020

*Arresting officer's signature*
B Montano saum

Frank G Johns
*Printed name and title*