UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-Cr-364-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| SIMONE CHERELLE MCILLWAIN | ) | |
| Defendant. | ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA (Doc. No. 14), the Court grants leave to the United States to move to dismiss without prejudice and hereby dismisses without prejudice the charge against Defendant Simone Cherelle McIllwain in the above-captioned Bill of Indictment because the Defendant has pleaded guilty to related charges in WDNC Docket Number 3:21-CR-97 by Bill of Information.

IT IS SO ORDERED.

Signed: September 30, 2021

Frank D. Whitney
United States District Judge